# In the United States District Court
# for the Southern District of Georgia
# Brunswick Division

EDWARD JASPER CROUCH,

    Petitioner,

v.

STEPHEN JESSUP,

    Respondent.

2:24-cv-32

## ORDER

The Magistrate Judge issued a Report and Recommendation for the Court to dismiss without prejudice Petitioner Edward Crouch's ("Crouch") 28 U.S.C. § 2241 Petition for Writ of Habeas Corpus. Dkt. No. 2. Crouch did not file Objections to this Report and Recommendation, and the time to do so has elapsed.

Upon review, I find no clear error in the Magistrate Judge's Report and Recommendation and **ADOPT** the Report and Recommendation as the opinion of the Court. See Macort v. Prem, Inc., 208 F. App'x 781, 784 (11th Cir. 2006) (If no specific objections are made or no objections are made at all, "the appropriate standard of review for the report and recommendation is clear error."). I **DISMISS without prejudice** Crouch's 28 U.S.C. § 2241 Petition for Writ of Habeas Corpus based on his failure to exhaust his available state remedies and **DIRECT** the Clerk of Court to **CLOSE** this case

and enter the appropriate judgment of dismissal. I also **DENY** Crouch *in forma pauperis* status on appeal.

    **SO ORDERED**, this 3 day of October, 2024.

                                         HON. LISA GODBEY WOOD, JUDGE
                                         UNITED STATES DISTRICT COURT
                                         SOUTHERN DISTRICT OF GEORGIA